UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Timothy W. Hazelton, Sr.</u>

      v.              Civil No. 08-cv-419-JL

<u>NH Department of Corrections, Commissioner, et al.</u>

## O R D E R

As there is no objection, and after noting the Warden's response, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 30, 2008.

    SO ORDERED.

January 27, 2009             <u>/s/ Joseph N. Laplante</u>
                                         Joseph N. Laplante
                                         United States District Judge

cc:    Timothy W. Hazelton, Sr., pro se
        Danielle Leah Pacik, Esq.