UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Timothy W. Hazelton, Sr.

        v.                          Civil No. 08-cv-00419-JL

New Hampshire Department of
Corrections, Commissioner, et al.


### O R D E R

The court has undertaken active consideration of the summary judgment motion, with the intention of issuing an order on the motion during the month of April.  It is the court's practice to hear oral argument on all dispositive motions, but if NEITHER party desires oral argument, counsel are asked to so notify the Deputy Clerk as soon as practicable and the court will issue an order based on the filings.

All pretrial filing deadlines are suspended pending resolution of the summary judgment motion.  Further, if there is any reason that the court should not actively consider the motion at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  March 26, 2010

cc:  Michael J. Sheehan, Esq.
     Danielle Leah Pacik, Esq.